CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 21 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Irvin Lamar Simpson 23001S130721
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

1:23-CV-1198

-vs-

Habersham County
Sheriff Department

(Enter above the full name of the defendant(s).)

I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): NA

Defendant(s): NA

2. Court (name the district): NA

3. Docket Number: NA

I. Previous Lawsuits (Cont'd)

4. Name of judge to whom case was assigned: NA

5. Did the previous case involve the same facts?

Yes ( ) No (X)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
NA

7. Approximate date of filing lawsuit: NA

8. Approximate date of disposition: NA

II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: Gwinnett county jail

B. Is there a prisoner grievance procedure in this institution?

Yes (✓) No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (✓) No ( )

D. If your answer is YES:

1. What steps did you take and what were the results?
I Filed several grievances with the Habersham procedure on the kiosk the because LT Amber chastain refused to send me paper copy forms to the unit.

2. If your answer is NO, explain why not:

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Irvin Lamar Simpson

Address(es): Gwinnett county Detention center
2900 University Parkway
Lawrenceville, GA
30043

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Habersham county jail
Clarksville, GA

Employed as Habersham county sheriff's
Department

at clarksville, GA

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was held in Habersham county jail under very inhumane conditions from July 20 2022 until Around December 15 then transferred to Hall county After posting A 35,000 Bond. There is Black mole in the showers, I was forced to sleep on Dirty Floors with 2 other inmates in A small cell next to A toilet where we had to use as well.. My Eye became infected as a result And I'm having trouble seeing →

IV. Statement of Claim (Cont'd)

Now. The nurse gave me some generic medicine but I told her that it didn't help. The Black mole caused me to have a very Bad stomach problem that has my insides bleeding And Blood in my stool... I wrote several grievances to LT Chastain And tried to get paper copies ... I continue to suffer right now from internal bleeding And blurry vision. The Sheriff visits the jail frequently so he knows the conditions, I was forced to take cold showers for Atleast 2 months in the same black mole that is All the way to the top of the shower. The Deputy who put me in the jail Sgt. Smith had handcuffs on my wrists so tight that they cut off my circulation I was thrown to the ground on Highway 365 I tried to tell them that I had A hernated Disk that I had been getting treatment And Norcartic for in South Carolina. I was taken in to custody vehicle towed And repossessed only because I was Black And his excuse was because he smelled weed which I don't even smoke... Then I was forced to eat, sleep and use the bathroom in the same Dirty cell with 2 other Inmates. I did inform medical about my hernated disc, No Answer.

V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

100 Millon Dollars for pain. And suffering

V. Relief (Cont'd)

Signed this ____________ day of ______________________________, 20____.

[signature]
Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF ________________

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON ________________
(Date)

________________________________
Signature of Plaintiff