1:23-CV-1198

# CIVIL COVER SHEET FOR A PRISONER CASE

CAP/JSA 555 42:1983pr (p)

JUDGE STORY DIVISION ATLANTA
MAG. JUDGE COLE IFP Y FEE N
DATE FILED 03/21/2023 PREVIOUS CASES Y

NAME IRVIN LAMAR SIMPSON I.D. # 230015130721
PRO SE ______ ATTORNEY ______
PLACE OF INCARCERATION GWINNETT DETENTION CENTER
CITY LAWRENCEVILLE STATE GA COUNTY GWINNETT

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ____28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | ____28:2254d | Habeas action by a State prisoner under a DEATH sentence. ____ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ____28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ____28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 463 | ____28:2241fd | Habeas action by a Federal alien detainee. |
| 3 | 550 | ____42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ____28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ____42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ____28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ____28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ____28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ____28:1332 | Any prisoner action based on diversity. |
| ____ | 540 | ________ | OTHER: ____________________ |

______ DOCKET CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

______ STAFF LAW CLERK:

____ Pauper's affidavit insufficient or no affidavit

____ Complaint or petition not signed or is incomplete

____ No copies

____ Other: ____________________

Irvin Lamar Simpson # 2300151307?1

The Gwinnett County Sheriff's Department
Detention Center
2900 University Parkway
Lawrenceville, GA.
30043

NORTH METRO GA P&DC 30026-9951
SAT 18 MAR 2023 PM

1:23-CV-1198

U.S. Marshals Service
Atlanta, GA 30303
MAR 21 2023
CLEARED DATE

Gwinnett County Jail
Unit F

Clerk U.S. District Court
Northern District of Georgia
2211 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia
30303-3361