**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IRVIN LAMAR SIMPSON,<br><br>Plaintiff<br><br>v.<br><br>HABERSHAM COUNTY SHERIFF DEPARTMENT, et al,<br><br>Defendants. | Civil Action No.<br><br>2:23-cv-064-RWS-JCF |

**ORDER**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. IT IS HEREBY ORDERED that the Clerk of Court reassign this action to the next Judge on the rotation list for the Gainesville Division. The clerk is directed not to substitute another case for this action.

**SO ORDERED** this 17th day of April, 2023.

**RICHARD W. STORY**
United States District Judge