FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 28 2023

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

LF 028
(Rev. 10//03/2022)

**PRISONER CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

IRVIN LAMAR SIMPSON, Inmate No. 230015130721
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

2:23-cv-00064-RWS-JCF

-vs-

Keybo Taylor sheriff
Gwinnett County sheriff Department
Gwinnett County jail
(Enter above the full name of the defendant(s).)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff(s): N/A

LF 028
(Rev. 10/03/2022)

Defendant(s): N/A

2. Court (name the district):

N/A

3. Docket Number: ______

4. Name of judge to whom case was assigned: NA

5. Did the previous case involve the same facts?

Yes ( ) No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

N/A

7. Approximate date of filing lawsuit: ______

8. Approximate date of disposition: ______

## II. Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A. Place of Present Confinement: Gwinnett County jail

B. Is there a prisoner grievance procedure in this institution?

Yes (X) No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (X) No ( )

D. If your answer is YES:

1. What steps did you take and what were the results?

4 grievances filed 1st 3-15-23 turned in second shift officer Davis 2nd grievance

LF 028
(Rev. 10/03/2022)

filed 3-16-23 turned in 1st shift Dept summers 3rd grievance only one answered see attachment turned in 3-18-23 Dept Davis 4th grievance 3-24-23 2nd shift officer Holder

2. If your answer is NO, explain why not: ______________________________

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Irvin Lamar Simpson 230015130721
Gwinnett Detention Center
2900 University Pkwy
Lawrenceville, GA 30043

Address(es): Gwinnett Detention Center
2900 University Pkwy
Lawrenceville, GA 30043

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Sheriff Keybo Taylor
Gwinnett County Sheriff Department
Gwinnett County Jail

Employed as Gwinnett County Sheriff

at Gwinnett County Jail

## IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
( ) State or local officials (a § 1983 claim)

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Held without bond for someone elses contraband, Bad medical Attn
sleep in unsanitary cell with 2 more inmates for 2 months
not showering for weeks at a time, forced to eat my meals where
feces and urine was being desposed. Inhumane Conditions

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

________________________________________

________________________________________

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(✓) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other (*explain*) ____________________

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been held Against my will in the
Gwinnett county jail on charges for Contraband
found in someone else's car whom I was
only getting a ride from and told the
police on body cam that I didn't enter
her Auto with anything on my person
I've been here since JAN. 20 Sleeping
on dirty floors, plus having to take showers
in showers that has not been cleaned in
weeks with 2 other people in a cell that
I was forced to eat urinate and relieve
my bowels in this very small space. I
have been having blood in my stool, blurry
vision and herniated disc that has re-erupted with
no response from medical.. The clothes sheets

LF 028
(Rev. 10/03/2022)

And Blankets that I had to keep for weeks At A time so I Know that no one At this jail cares About the Humane rights of people living in these Inhumane conditions.

VII. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

my eyes Are still blurry from Generic treatment I have A herniated disc thats really painful And my stool is still bleeding with the same continous complaints to the medical staff

VIII. **Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

50 Million Dollars And Drop All Charges I'm being held on

LF 028
(Rev. 10/03/2022)

Signed this 25 day of April, 2023.

Signature of Plaintiff

**STATE OF** Georgia
**COUNTY (CITY) OF** Gwinnett

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 4-25-2023
(Date)

Signature of Plaintiff

# Pre-Grievance Resolution Form

| | |
|---|---|
| First & Last Name: Ervin Simpson | Date: 3-18-23 |
| Housing Unit: F / Room #: 209 | Inmate MNI#: 2300151307[illegible] |
| Signature: [signature] | |

**Only ONE issue per form and grievance must be written within the given area below:**

This is my 3rd Grievence with no response. I have been held Against my will in the Gwinnett county JAil on charges for contraband found in someone else's car whom I was only getting A ride from And told the police that I didn't enter her Auto with Anything on my person. I've been here since JAN 20, sleeping on dirty floors, plus having to take showers in showers that has not been cleaned in weeks with 2 other people in A cell that I Am forced to eat, urinate And relieve my bowels in this very small space. I have been having blood in my stool, blurry vision And hernated Disc that has re-erupted with no response from medical. The clothes sheet And, BlAnkets that I have I've had for weeks At A time.

Receiving Deputy: Deputy Lozano
SO: [illegible] Date & Time: 03/28/23

Receiving Supervisor:
SO: Date & Time:

**RESOLUTION**

Employee Signature & SO# (if Deputy) | Date:

**SUPERVISOR's COMMENTS**

This is A Matter for the Courts to Resolve.

Supervisor Signature & SO#: Sgt [signature] SO642 | Date: 4/1/23

40 820 B