LF 028
(Rev. 10//03/2022)

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville
APR 25 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IRVIN LAMAR SIMPSON, Inmate No. 230015130721

(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

1:23-cv-01257-CAP-JSA

-vs-

Sheriff Joey terrel
Habersham sheriff department
Habersham County jail

(Enter above the full name of the defendant(s).)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff(s): ✓

LF 028
(Rev. 10/03/2022)

Defendant(s): ______X______

2. Court (name the district): ______X______

3. Docket Number: ______

4. Name of judge to whom case was assigned: ______

5. Did the previous case involve the same facts?

Yes ( ) No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): ______X______

7. Approximate date of filing lawsuit: ______X______

8. Approximate date of disposition: ______

**II. Exhaustion of Available Administrative Remedies**

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A. Place of Present Confinement: Gwinnett Detention center

B. Is there a prisoner grievance procedure in this institution?

Yes (X) No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (X) No ( )

D. If your answer is YES:

1. What steps did you take and what were the results?
I Filed Several grievances with the Habersham procedure on the Kiosk

LF 028
(Rev. 10/03/2022)

there plus asked for paper copies which I did not receive I asked LT chastain several times for grievances

2. If your answer is NO, explain why not: ____________

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Irvin Lamar Simpson

Address(es): Gwinnett county Detention center
2900 University Pkwy
Lawrenceville, GA
30043

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Sheriff Joey Terrel
Habersham Sheriff Department

Employed as Habersham Sheriff Department

at Habersham county Jail
Clarksville, GA

## IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✔) State or local officials (a § 1983 claim)

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Detained Illegally For 5 months, Being pulled over becaUse I Am Black And Held under INhUMANE conditions, Defamation of character

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

X

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(✓) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* ______

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I WAS held in Habersham county jail under very inhumane conditions from July 20 2022 until Dec. 15 2022. There was Black mold in the Showers, I WAS forced to sleep on Dirty Floors in the jail with 2 other men in A small cell My eye became infected AS A result And I'M still having trouble seeing out of it now the nurse only gave me some generic medicine that didn't Help. The Black mold caused me to have A stomach infection that has my insides bleeding now and has blood in my stool. While I was there I wrote several grievences to the LT But she did not respond with the paperwork that

LF 028
(Rev. 10/03/2022)

I needed. I continue to suffer right now from internal bleedings. The sheriff knew about the treatment of prisoners because I've seen him at the jail... For atleast 2 and a half months I was forced to take cold showers with black mole all the way to the top of the shower. The Deputy Sgt Chris Hall who pulled me over and searched my car with no probable cause had hand cuffs on me so tight the they cut my circulation off and I was forced to lay out in the hot sun while Sgt Chris Hall and the sheriff dept searched my car for atleast a hour on the side of highway 365 making a spectical out of me with motorist riding by laughing at me. They took my car the only one I had that was almost payed for my car got repossessed while I was there, I lost my job only because this police officer pulled me over because I was black and used the excuse that he smelled weed to search me and my car..

## VII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Hernated Disc got ruptured and Bleeding stool
Plus Hand stayed numb from cuff for 4 months, and vision impaired...

## VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want 100 million Dollars for my pain and suffering living in those INHUMANE conditions for almost 5 months

LF 028
(Rev. 10/03/2022)

Signed this 25 day of April, 2023

Signature of Plaintiff

**STATE OF** Georgia
**COUNTY (CITY) OF** Gwinnett

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 4-25-2023
(Date)

Signature of Plaintiff

Irvin Lamar Simpson
#2300151307 21
Gwinnett Detention Center
2900 University Pkwy
Lawrenceville, GA
30043

FOREVER USA PURPLE HEART 2019
FOREVER USA PURPLE HEART 2019

CLEARED DATE
APR 25 2023
U.S. Marshals Service
Atlanta, GA 30303

GWINNETT COUNTY
JAIL
UNIT 1U

ATTN: Clerk of Cour
Office of the Clerk
United States District Court
201 United states Courthouse
121 Spring street, S.E.
Gainesville, GeorgiA
30501-3