**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IRVIN LAMAR SIMPSON, | : | PRISONER CIVIL RIGHTS |
| Gwinnett Cty. No. 230015130721, | : | 42 U.S.C. § 1983 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SHERIFF JOEY TERRELL, et al., | : | |
| Defendants. | : | CIVIL ACTION NO. |
| | : | 2:23-CV-0064-SCJ-JCF |

**ORDER FOR SERVICE OF**
**REPORT AND RECOMMENDATION**

The Report and Recommendation of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and this Court's Local Rule 72, has been filed. The Clerk is **DIRECTED** to serve a copy of the Report and Recommendation, together with a copy of this Order, upon counsel for the parties and upon any unrepresented parties.

Within 14 days of service of this Order, a party may file written objections, if any, to the Report and Recommendation. See 28 U.S.C. § 636(b)(1)(C). If objections are filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be

served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court, and on appeal, the Court of Appeals will deem waived any challenge to factual and legal findings to which there was no objection. 11th Cir. R. 3-1.

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Judge after expiration of the above time period.

**SO ORDERED**, this 30th day of October, 2023.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge