IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IRVIN CAMAR SIMPSON
Gwinnett cty. NO 2300151307?1

PRISONER CIVIL RIGHTS
42 U.S.C. § 1983

V.

SHERIFF JOEY TERRELL, LT. AMBER CHASTAIN, SGT KRIS HALL

CIVIL ACTION NO.
2:23-CV-00064-SCJ

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville
NOV 15 2023
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

WRITTEN OBJECTIONS.

Plantiffs prays that this court looks at page 5 of the R+R And know that I was deprived of any right secured under the United states Constitution After Sgt. Kris Hall pulled my car over saying that I didn't have insurance But after he recieved my license And insurance card He then said that my registration had collasped, But instead of writing me A ticket or towing my car He said step out of the car because He smelled weed instead of Asking me to get my registration straight.. Only because I am African American, I was not Speeding or high or Drinking But As he Asked me to Step out He was opening my car Door instead violating my 14th, 4th, 5th And 8th Amendment.. As soon As my Car Door Opened him And Another Deputy slung me to the ground And begin to Search my Car And He said "I will kill you if you move" As him And Another Deputy handcuffed me And put me in the back of the police car As they Search my car for About A hour As I sat Sweating Handcuffs About to cut of my circulation they made A spectacal out of me As motorist rode by.. After About 30 to 45 minutes one of the officers came to the back door And said "we got your Dope" But I told him I didn't have Any Dope.. There was no probable cause to search my car no weapons, no Drugs nor was I A threat to him or Anyone else nor was I doing Anything suspicious Sgt. Kris Hall violated my 1st And 4th Amendment

Rights All because I AM African American which led to A illegal Search & Seizure that led to false imprisonment And A Search & Seizure without my consent while the rest of habersham officers And the G.B.I Agents sat in their Air conditioned Cars and Trucks they ran the Dog in And out of my car to find Nothing.... plaintiff respectfully prays that this court enter Judgement granting plaintiff A lawyer And A declaration that the Acts and omission described herein violated Plaintiffs rights under the constitution and laws of the United States Compensatory relief in that the defendants Joey Terrell, Amber chastain and Kris Hall on grounds for not having no probable cause whatsoever to stop the plaintiff or have A warrant to search my person or my car No warrant that lead to fruits of A poisonous Tree, which lead to plaintiffs pain & suffering, locked up for 4 and A half month in A violent inhumane jail that I had to pay A 35,000 Bond and I'm having Serious medical issues plus Taking Mental Health Medicine And counseling right now... Plaintiffs Asks the court to see fit that defendants uphold their place in Authority And pay plaintiff 250,000 Separately and jointly, plus Drop All charges.

This 8th day of November 2023

[signature]

Irvin Lamar Simpson

2300151307?1

# CERTIFICATE OF SERVICE

I hereby certify service of the enclosed motion to the Clerk of [redacted] united states District Court, via U.S. Mail, with adequate amount of copies to be distributed by the Clerk's Office, to all involved parties.

This 8 day of November, 2023.

[signature]

Irvin Lamar Simpson

[redacted] Plaintiff – Pro Se

Irvin Lamar Simpson

Print Name

230015130721

I.D. Number

Gwinnett County Jail
2900 University Parkway
Lawrenceville, GA. 30043

Irvin Lamar Simpson
230015130721
Gwinnett County jail
2900 University Parkway
Lawrenceville, GA.
30043

FREEDOM FOREVER / USA
FREEDOM FOREVER / USA

CLEARED SECURITY
NOV 15 2023
U.S. MARSHALS SERVICE
Gainesville, GA

GWINNETT COUNTY
JAIL
UNIT 1S

Offic of the clerk
United states District Court
201 United states Courthouse
121 Spring Street, S.E.
Gainesville, Georgia 30501-

NORTH METRO GA
13 NOV 2023 PM