FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville
NOV 20 2023
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA

IRVEN LAMAR SIMPSON
Planiff
V. Habersham Jail
Sheriff TERREL, et al

Case #2:23-cv-00064-SCJ

Notice of objection to final Report & Recomendation

Comes now IRVIN LAMAR SIMPSON in the above styled case with A objection to some matters that was stated in the Recommendation that the court may not have understood fully or misunderstood All together.

Plaintiff would like the court to reconsider in plain view of the following:

1. Black mold as we know can have long term effects with the human Respiratory system and it can happen at any time after a person has been subject to Black mold for months at a time everyday. This is complaint of black mold should never be dismissed on the grounds that it is A hazarous form in A living unit which is well known the effect it may cause someone.

2. Having to sleep on A dirty floor is bad and may not cause A Constitutional violation, but when A personal is subject to losing their sight it is a different matter All together. The Jail knew of this but refused to do something about the matter which ended up with Plaintiff getting eye infection with internal bleeding and blood in his stool. who's to say that this came from the Black mold or having to sleep on A dirty floor, roach infested floor.

3. There is no objection to the Habersham County sheriff Deppartment or the Habersham County jail being dismissed on the grounds you can not write A complaint on A building.

4. Deputy Sgt. Kris Hall, Planiff does not object to making A Amended Complaint with Sgt Kris Hall and other following officials. Planiff will be sending A Amended Complaint of All Arresting officers.

2. Jail conditions are in fact sufficiently serious where that the Plaintiff did suffer and continues to suffer from an eye infection, an stomach issue as of today the jail offical did in fact of the serious health risk that the jail poss because of the grevances and them trying to house some inmates out.

5, Plaintiff object to not having competent evidence, due to the fact he could not get his medical records in regard that the jail was charging ¢50 a page and would not Aknowledge him when medical request were put in,

6. Sheriff Terrell; Plaintiff does in fact object to the claim that sheriff Terrell did not know of the conditions in his jail. with Mr. Terrell housing out inmates do to the fact his jail was over crowed would be enough reason to believe that he very well knew of the housing conditions of his jail.

7. with the issue of the handcuffs, Plaintiff still has numbness off and on from this and need physical therapy with the changing of the whether or when it rains Plaintiff now has issues with this from this incident,

8. Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein, Plaintiff has been and will continue to be irreparably injured by the conduct of defendants unless this court grants injunctive relief and compensatory relief

9. Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, I certify under penalty of perjury that the foregoing is true and correct

Executed At Gasmett County jail 11-11-23

[signature]

Irvin Lamar Simpson

Irvin Lamar Simpson
#23001513 0721
Gwinnett Detention Center
2900 University Pkwy
Lawrenceville, GA
30043

ATLANTA METRO 301
17 NOV 2023 PM 7 L

USA ★ FOREVER ★

CLEARED SECURITY
NOV 20 2023
U.S. MARSHALS SERVICE
Gainesville, GA

GWINNETT COUNTY
JAIL
UNIT 1R

Office of the clerk
United states District court
201 United states court house
121 Spring street, S.E.
Gainesville, Georgia
30501-3789

30501-378845

GWINNETT COUNTY
JAIL
UNIT 1R

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131