CASE NUMBER 2:23-cv-00064-SCJ

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
2:23-cv-00064-SCJ

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville
DEC 15 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IRVIN LAMAR SIMPSON

Plaintiff,

SHERIFF JOEY TERRELL, et al.,

Defendants.

Notice of Appeal

Notice is hereby given that plaintiff Irvin Lamar Simpson Defendants Joey Terrell, et al Habersham County Jail Sgt. [illegible] HALL, Habersham county sheriffs Department. Plaintiff in the above named case hereby Appeal to the United States Court of Appeals for the 11th Circuit (from the final Judgement from an order filed 12/5/2023 ORDER ADOPTING IN PART entered in This Action on the 12th day of December 2023.

Date 12/12/23

[signature]

Plaintiff Irvin Lamar Simpson
#2300151307121
Gwinnett Detention Center
2900 University Pkwy
Lawrenceville, GA
30043

Irvin Lamar Simpson
#2300151330721
Gwinnett Detention Center
2900 University Pkwy
Lawrenceville, GA 30043

ATLANTA METRO 301
13 DEC 2023 PM 13 L




CLEARED SECURITY
DEC 15 2023
U.S. MARSHALS SERVICE
Gainesville, GA

Office of the Clerk
United States District Court
201 United States Courthouse
121 Spring street, S.E.
Gainesville, Georgia 30501-3789

30501-378845

GWINNETT COUNTY
JAIL
UNIT 1S

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022