**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**201 UNITED STATES COURTHOUSE**
**121 SPRING STREET, SE**
**GAINESVILLE, GEORGIA 30501-3789**
**www.gand.uscourts.gov**

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**678-450-2760**

December 15, 2023

**Irvin Lamar Simpson**
# 230015130721
Gwinnett Detention Center
2900 University Pkwy
Lawrenceville, GA 30043

**Re:** ***Simpson v. Habersham County Sheriff Department, et al.,***
**Civil Action No.: 2:23-CV-0064-SCJ**

Dear Mr. Simpson:

On December 15, 2023, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__ Appeal fee $605.00

__X__ Application to proceed on appeal in forma pauperis.

__X__ Please complete the attached appeal information sheet as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: s/ D. McGoldrick
Deputy Clerk

cc: USCA