# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
201 UNITED STATES COURTHOUSE
121 SPRING STREET, SE
GAINESVILLE, GEORGIA 30501-3789

KEVIN P. WEIMER
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
678-450-2760

December 15, 2023

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**U.S.D.C. No.: 2:23-CV-0064-SCJ**
**U.S.C.A. No.: 00-00000-00**
**In re: Simpson v Habersham County Sherrif Department, et al.,**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

X Certified copies of the Notice of Appeal, Docket Sheet, and Orders appealed enclosed.

____ This is not the first notice of appeal. Other notices were filed on: .

X There is no transcript.

____ The court reporter is .

____ There is sealed material as described below: .

X Other: Appeal Fee NOT paid. IFP form sent.

____ Fee paid electronically on .

____ Appellant has been leave to file *in forma pauperis*.

____ This is a bankruptcy appeal. The Bankruptcy Judge is .

X The Magistrate Judge is J. Clay Fuller.

X The District Judge is Steve C. Jones.

____ This is a DEATH PENALTY appeal.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: D. McGoldrick
Deputy Clerk

Enclosures