**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

**IRVIN LAMAR SIMPSON,**

**Plaintiff,**

**v.**

**SHERIFF JOEY TERRELL, et al.,**

**Defendants.**

**CIVIL ACTION FILE**

**No. 2:23-CV-0064-SCJ**

# ORDER

After a review the record, it is clear that Plaintiff has no reasonable basis to appeal, and this Court thus certifies that Petitioner's appeal is not taken in good faith. Accordingly, leave to proceed in forma pauperis on appeal [Doc. 17] is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED** this 8th day of January, 2024.

Steve C. Jones

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**