Civil Rights Complaint Pursuant 42 U.S.C. § 1983
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

plaintiff IRVIN LAMAR SIMPSON,
v.
Amber chastain, Kris Hall
David Moulder, Hannah shearer
Bobby Cunningham, George R christian

Amendment to U.S.C 1983 Habersham officers GBI Agents, District Attorney

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
NOV 20 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

I Jurisdiction And Venue
This is A civil Action Authorized by 42 section 1983 to redress the deprivation under color of law, of rights secured by the Constitution of the United States. The court has Jurisdiction under 28 U.S.C. section 1331 and 1343(a)(3) Plaintiff seeks declaratory relief and Authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of Federal Rules of Civil Procedures. The 11th circuit Norther District of Georgia is An Appropriate Venue under 28 U.S.C. section 1391(b)(2) because it is where the events giving rise to this claim occured.

II Planiff
Planiff Irvin Lamar Simpson was at All times mentioned herein Planiff is currently Confined in Gwinnett county Dentention Center in Lawrenceville Georgia.

III Defendants Habersham sheriffs officers Amber chastain, Kris Hall, David Moulder \ G.B.I. Agents Hannah shearer, Bobby Cunningham \ DIStrict Attorney George R. christain

IV Facts
① On July 20 2022 planiff Irvin Lamar Simpson was pulled over by Sgt. Kris Hall and Searched without A search warrant or not even An attempt to hold planiff At the scene until A warrant could be obtained from A judge.
② planiff was not speading or going below than Mandated 40 miles An hour on Hwy 365 North nor did the plainiff pose A threat to any officer or himself.
③ Planiff name was ran through the G.C.I.C. Georgia crime Information center only to come back with no Active warrants or probation or parole.
④ Simpson was thrown out of his car to the ground threatened and Handcuffed, put in the back of A Hot police car that was just sitting in the sun with the Circulation almost cut Completely off for atleast A hour Before Being transported to Habersham county jail
⑤ Simpson was Booked in Habersham county jail for trafficking

Fentanyl, Tampering with evidence, Driving on Suspended registration, Driving under the influence...

(6) Simpson's car was searched as well as his persons. A Dog searched Simpson Car as well as officers for 45 minutes

(7) Simpson had nothing on his persons or in his car.

(8) On July 21st Simpson had his first Bond Appearance hearing and was denied on the grounds that he was trafficking Fentanyl and housed with no Bond, false charges with long term violate offenders this was a hostile and toxic environment, under inhumane conditions.

(9) Three Days later planiff Simpson was again booked on possession of Cocaine that Sgt. Kris Hal said was found in the Back of His police car. The same police car, that he brought at least 2 other people to Habersham jail in for Drugs after Simpson. (The Habersham jail records will reflect that Sgt. Kris Hall did bring Atleast 2 more people to jail for possession of Cocaine)

(10) the District Attorney George R christain failed to Acknowledge the lack of Evidence and proof on behalf of the state and Soley went on good faith of officer Hall which again held Simpson without bond and all charges bonded over to Superior court.

(11) 4 and a half months later Simpson was given A 35,000 Bond and charges were sent to the grand jury.

V Legal claims

- Defendant Kris Hall of Habersham police Department had no probable cause to search Simpson, Simpson was profiled. Simpson was not a threat nor doing Anything that drew Suspicion... officer Kris hall Violated Simpsons 1st Amendment and 4th Amendment with a unlawful stop and frisk.
- Defendant Kris Hall Administrated A warrantless Search, based on no legal investigation A close violation of Simpsons 4th Amendment of the United States constitution. the illegal Search & Seizure led to false imprisonment.
- Defendant George R christain Head District Attorney ove the mountain Judicial Circuit Held →

Simpson violating his Constitutional right with the unauthorization of an illegal search without a warrant or without owner consent obtaining fruits of a poisonous tree.

- Defendant George R christian Head District Attorney violated planiffs right to Due process of law violated Planiffs 5th 8th + 14th Amendment. Simpson would have never had to endure the false imprisonment nor would planiff had to go through the pain + suffering he had to endure. Simpson also has no plain, adequate, or complete remedy at law to redress the wrongs decribed herein. Planiff has been and will continue to be irreparably injured by the conduct of defendants unless this court grants injunctive relief and compensatory relief.

VI Prayer for relief

Wherefore, Planiff respectfully prays that this court enters judgement granting planiff

- A declaration that the acts and omission described herein violated plainiffs right under the constitution and laws of the United states.
- Compensatory relief in that the defendants, Amber Chastain, Kris Hall, David Moulder, Hannah shearer, Bobby Cunningham and George R christian on the grounds for not having probable cause to search or have a warrant to search Simpson's car or his persons that led to fruits of a poisonous Tree which the planiff spent 4 and a half months of pain + suffering. Planiff asks the court to see fit that the defendants uphold their place in Authority, and follow all procedures, + protect the interest of the public that would not make a false arrest that would lead to false imprisonment.
- Granting Planiff Simpson Compensatory damages in the amount of $250,000 against each defendent jointly and separatly in their individual capacity + offical capacity.

Because Simpson is not the same person he was before these neglect Actions And injuries he uptained.

- Granting Planitf punitive damages in the Amount of 500,000 against each defendant.
- Planitf also seeks A jury trial on All issues triable by jury
- Planitf Also seeks recovery of his Cost in this suit
- And any additional relief this court deems Just, proper, And equitable.

VI Verification

- I have read the foregoing Complaint And hereby verify that the matters Alleged therein Are true. I certify under penalty of perjury that the foregoing is true and correct,

- Executed At Gwinnett County jail 11-11-2023

[signature]

Irvin Caunar Simpson

Irvin Camar Simpson
#230015130721
Gwinnett Detention Center
2900 University Pkwy
Lawrenceville, GA
30043

ATLANTA METRO 301
17 NOV 2023 PM 5 L

GWINNETT COUNTY
JAIL
UNIT 1R

CLEARED DATE
NOV 20 2023
U.S. Marshals Service
Atlanta, GA 30303

Office of the clerk
United states District Court
2211 United states courthouse
75 Ted Turner Drive, S.W.
ATLANTA, Georgia 30303

30303-331861

GWINNETT COUNTY
JAIL
UNIT 1R