IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **IRVIN LAMAR SIMPSON,** | |
| **Plaintiff,** | **CIVIL ACTION FILE** |
| **v.** | **No. 2:23-CV-0064-SCJ** |
| **SHERIFF JOEY TERRELL, et al.,** | |
| **Defendants.** | |

## ORDER

This matter is before the Court for consideration of Plaintiff's construed motion to amend his complaint. Doc. No. [20]. By way of background, on December 5, 2023, this Court dismissed all of Plaintiff's claims except his false arrest claim, which the Court stayed until such time as Plaintiff can establish an entitlement to relief, and administratively closed the case. Doc. No. [13]. Plaintiff then filed a notice of appeal, Doc. No. [14], and the appeal remains pending before Eleventh Circuit. Plaintiff then filed a proposed amended complaint, Doc. No. [20], which the Court construes as a motion to amend.

While a plaintiff may amend his pleading once before the complaint has been served and "[t]he court should freely give leave when justice so requires," Fed R. Civ P. 15(a)(2), "the plaintiff does not have a right to amend as a matter of course after dismissal of the complaint," *Czeremcha v. Intl. Ass'n of Machinists and Aerospace Workers, AFL-CIO*, 724 F.2d 1552, 1554 (11th Cir. 1984). Moreover, "[o]nce a plaintiff chooses to appeal, he also waives the right to later amend his complaint." *Bell v. Fla. Hwy. Patrol*, 589 F. App'x 473, 474 (11th Cir. 2014) (citing *Schuurman v. Motor Vessel Betty K V*, 798 F.2d 442, 445 (11th Cir. 1986)).

Because Plaintiff chose to appeal the order dismissing some of his claims and staying one of his claims, this Court concludes that Plaintiff is not entitled to amend his complaint unless the Eleventh Circuit reverses. Accordingly, his construed motion to amend, Doc. No. [20], is **DENIED**.

**IT IS SO ORDERED** this 19th day of January, 2024.

Steve C. Jones

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**