**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-14144-C
Case Style: Irvin Simpson v. Sheriff, Habersham County, et al
District Court Docket No: 2:23-cv-00064-SCJ

Pursuant to the Prison Litigation Reform Act of 1995 (the Act), 28 U.S.C. § 1915 (as amended), enclosed is a CONSENT FORM executed by a prisoner in your institution which authorizes payment of the required docketing and filing fee from his or her prison account to the district court named below. Such checks shall be made payable and sent to:

Clerk, U.S. District Court
(DISTRICT AND ADDRESS TO BE ADDED BY CASE ADMINISTRATOR)
Text 1 (Street Address) Goes Here
Text 2 (City, State, Zip) Goes Here

Pursuant to the Act, and consistent with the prisoner's signed CONSENT FORM you should now pay to the specified district court a first payment amounting to the greater of the following amounts:

(1) 20% of the average monthly deposits to the prisoner's account for the six month period immediately preceding the date the notice of appeal was filed (as indicated on the enclosed CONSENT FORM); or

(2) 20% of the average monthly balance in the prisoner's account for that six month period.

You should also hereafter make additional monthly payments from the prisoner's account to the specified district court until the balance of the docketing and filing fee is paid. Each additional monthly payment should be equal to 20% of all of the preceding month's deposits to the prisoner's account and will be deducted from all monies on deposit in the prisoner's account in excess of $10.00 until the full filing fee has been paid.

If you have any questions concerning these procedures, please feel free to write or call this office. Thank you for your cooperation.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |


Enclosure(s)

PLRA-8 Ltr to warden encl copy CF

U.S. COURT OF APPEALS
RECEIVED
CLERK
FEB 14 2024
ATLANTA, GA

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

# CONSENT FORM FOR A NOTICE OF APPEAL

**Instructions to incarcerated appellant:** Complete this form and submit to the **Clerk of the United States Court of Appeals, Eleventh Circuit**.

**Instructions to institution officials:** Upon receipt of this form, payments for this appeal must be made to the **district court** where the notice of appeal was filed.

By completing this form, which incorporates provisions of the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), you are authorizing the Institution of your confinement ("the Institution") to pay the required $605.00 appellate filing fee ("filing fee") from your prison account to the **district court** where your notice of appeal was filed.

CASE NAME: 2:23-CV-064-RWS-JCF

COURT OF APPEALS DKT NO.: 23-14144 NOTICE OF APPEAL DATE: 11-10-23

NAME OF DISTRICT COURT: NORTHERN DISTRICT OF GEORGIA (GAINESVILLE DIVISION)

DISTRICT COURT DKT NO.: 2:23-CV-00064-SCJ

1. So that I may prosecute my appeal, I, IRVIN LAMAR SIMPSON (name), ID #2300151307 21, authorize officials at the Institution to withdraw a first payment from my account, that will be applied toward the filing fee. This first payment will be the **greater** of the following amounts:

(1) 20% of the **average monthly deposits** to my account for the 6-month period immediately preceding the date I filed my notice of appeal in the district court; or
(2) 20% of the **average monthly balance** in my account for that 6-month period.

Institution officials are authorized to pay to the **clerk of the district court** this first payment from funds in my account as soon as they become available.

2. I further authorize Institution officials to make additional monthly payments from my account to the **district court** until the balance of the $605.00 is paid. These additional monthly payments will be equal to 20% of all of the preceding month's deposits to my account. Institution officials shall make monthly payments for me by deducting from my account all monies on deposit in excess of $10.00 until the full filing fee is paid.

3. If, before I have paid the $605.00 filing fee, the Court disposes of my appeal – by dismissing the appeal for lack of jurisdiction, for want of prosecution, or because it is frivolous, or by deciding the appeal on the merits – I authorize the Institution to continue making monthly payments to the **district court** until the full amount of the filing fee is paid. This means that, regardless of the Court's disposition of my appeal, **I MUST STILL PAY THE ENTIRE $605.00 FILING FEE.**

4. Additionally, the Court may enter a **JUDGMENT AGAINST ME FOR PAYMENT OF COSTS** at the conclusion of the appeal, including any unpaid portion of the required $605.00 filing fee. If applicable, I also authorize Institutional officials to pay from my prison account to the **district court THE FULL AMOUNT OF THE COSTS ORDERED**, using the installment payment plan explained above.

5. If I am transferred to another prison or custodial agency, I hereby consent that this authorization will continue to apply, and the new prison or custodial agency shall assume the duties of collecting and forwarding any remaining monthly payments to the **district court**.

2-11-2024
Date

[signature]
Signature of Appellant

U.S. COURT OF APPEALS
RECEIVED
CLERK
FEB 14 2024
ATLANTA, GA

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

IRVIN L. SIMPSON vs. Sheriff, Habersham County, et Appeal No. 23-14144-C

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. ***(Please type or print legibly)***:

Amber Chastain

Kris Hall

Joey Terrell

Submitted by:

Signature: [signature]

Name: Irvin Lamar Simpson Prisoner # (if applicable): ____________

Address: Gwinnett County Jail, 2900 University Pkwy, Lawrenceville GA 30043

Telephone #: ____________

Rev.: 12/23

IRVIN LAMAR SIMPSON
#230015130721
Gwinnett County Jail - Inmate Legal mail
2900 University PKWY
LAwrence ville, GA 30043

ATLANTA METRO 301
12 FEB 2024 PM 8 L




CLEARED SECURITY
FEB 15 2024
U.S. MARSHALS SERVICE
Atlanta, GA

GWINNETT COUNTY
JAIL
UNIT 1S

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

30303-229599

GWINNETT COUNTY
JAIL
UNIT 1S

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131