FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JAN - 2 2023

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Irvin Lamar Simpson #23001513
(Enter above the full name and prisoner identification number of the plaintiff; GDC number if a state prisoner.)

-vs-

Gerald Couch (Hall county MANS unit)
Scott cheek (Hall county MANS unit)
Bobby Cunningham (SA GBI)
(Enter above the full name of the defendant(s).)

I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): Irvin Lamar Simpson

Defendant(s): Habersham county Jail et, AL

2. Court (name the district): NortherN GeorgiA Gainesville Division

3. Docket Number: 2:23-cv-064-RWS-JCF

I. Previous Lawsuits (Cont'd)

4. Name of judge to whom case was assigned: Judge Justin S. Anand

5. Did the previous case involve the same facts?

Yes ( ) No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
Is still pending

7. Approximate date of filing lawsuit: March 2023

8. Approximate date of disposition: ____

II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: Gwinnett County Jail

B. Is there a prisoner grievance procedure in this institution?

Yes ( ) No (✓)

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( ) No (✓)

D. If your answer is YES:

1. What steps did you take and what were the results?

2. If your answer is NO, explain why not: Made Bond in Hall County Case got Dismissed in 11-20-2023

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Ervin Lamar Simpson

Address(es): 2900 University Parkway
Gwinnett Detention center
Lawrenceville, GA 30043

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Gerald Couch & Scott cheek
Bobby Cunningham

Employed as Hall county Mans unit
G.B.I.

at Hall county
Appalacian SA G.B.I.

IV. Statement of Claim
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

At all times relevant to this case, Plaintiff Ervin Lamar Simpson was just living day to day working tring to re-arrange his life. Around August of 2022 he was pulled over by A Gainesville city police officer on the way to his flowery Branch Appartment minding his own buisness. the officer was then Accompanied by Another officer so Simpson put his hands in the Air, After cutting the car off and Hollered just don't shoot,

IV. Statement of Claim (Cont'd)

Simpsons name was ran through the GCIC Georgia Crime Information center only to come back with an Active warrant Simpson knew nothing About. Simpson was placed in cuffs and then transferred to Hall County Jail for A probation warrant the officer said. Simpson got to the Hall county jail, he was not booked for said probation warrant but was booked under A RICO warrant. Simpson had nothing to do with the RICO charge that his cousin And A few more family members were pick up on A few Days before, Simpson was working making $17 dollars A hour At A paint warehouse And didn't even know that the Apartment which he lived had had the door kicked in And A very expensive Lab top And two I phone's were the only thing taken until Another member of his family went there to check on the place for him After he was already in custody. Once At the jail SA Bobby Cunningham And Scott check interviewed Simpson And told him that they know that he has not been selling drugs on Black drive And through their selvaliance Simpson Appeared to just come by And see the people every now And then never stayed.

V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

WHERE FOR Plaintiff respectfully prays that this Court enters judgement granting Plaintiff A declaration that the Acts And omission described herein violated Plaintiff rights And is now suffering from Depression, PTSD, Axiety, Nightmares And Heighten startle reppose "I'm now on Rim Runs And Despimean!" Compenstory relief in that these officer SA Bobby Cunningham, Scott cheek, And Gerald couch violated Plaintiff rights by taking out A false warrant where Plaintiff had to make Bond After being locked up, Get Another job After getting fired for not coming to work, plus

V. Relief (Cont'd)

pay A lawyer 8,000 to represent plaintiff. Comentory relief on the grounds of not having probable cause to even have Plaintiff Arrested, that lead to losing my Apartment not being Able to talk to or go see or visit Plaintiff family for A year And A half no holidays no Birthdays spending together plaintiff, the loss of plaintiffs Apartment, car repossessed, phone and computer taken which are still on credit of plaintiff today. Plaintiff asks the court to see fit that defendants uphold their place in Authority and follow All procedure and protect the interest of the public that would not make A false Arrest that would lead to false imprisonment Granting Plaintiff compensatory damages in the Amount $250,000 Against each defendant.

Signed this 27 day of December, 2023.

[signature]
Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF ~~Gwinnett~~ Lawrenceville

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 12-27-2023
(Date)

[signature]
Signature of Plaintiff

#230015130121
Gwinnett Detention Center
2900 University PKwy
LAwrenceville, GA
30043

NORTH METRO GA P&DC 30026-9731
SAT 30 DEC 2023 AM

GWINNETT COUNTY
JAIL
UNIT 1S

CLEARED SECURITY
JAN 8 2023
U.S. MARSHALS SERVICE
Gainesville, GA

Office of the Clerk
United States District Court
201 United States Courthouse
121 Spring street, S.E.
GAinesville, GeorgiA
30501-378