IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IRVIN LAMAR SIMPSON,

Plaintiff,

v.

SHERIFF JOEY TERRELL, et al.,

Defendants.

CIVIL ACTION FILE

No. 2:23-CV-0064-SCJ

# ORDER

This matter is before the Court for consideration of Plaintiff's second, construed post-judgment motion to amend his complaint. Doc. No. [23]. On December 5, 2023, this Court dismissed all of Plaintiff's claims except his false arrest claim, which the Court stayed until such time as Plaintiff can establish an entitlement to relief, and administratively closed the case. Doc. No. [13]. Plaintiff then filed a notice of appeal, Doc. No. [14], and the appeal remains pending before Eleventh Circuit. Plaintiff then filed a proposed amended complaint, Doc. No. [20], which the Court construed as a motion to amend. The Court denied that motion after concluding that Plaintiff could not amend his complaint after

the action has been dismissed or while his appeal was pending. Doc. No. [21] at 2.

Nothing has changed since the Court entered that order, and his latest construed motion to amend, Doc. No. [23], is **DENIED** for the same reasons.

**IT IS SO ORDERED** this 14th day of May, 2024.

Steve C. Jones

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**