**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 14, 2024

Irvin Lamar Simpson
Gwinnett County Jail - Inmate Legal Mail
2900 UNIVERSITY PKWY
USMS#: 53679-019
LAWRENCEVILLE, GA 30043

Appeal Number: 23-14144-C
Case Style: Irvin Simpson v. Sheriff, Habersham County, et al
District Court Docket No: 2:23-cv-00064-SCJ

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 23-14144

---

IRVIN LAMAR SIMPSON,

Plaintiff-Appellant,

*versus*

SHERIFF, HABERSHAM COUNTY,
HABERSHAM SHERIFF DEPARTMENT,
HABERSHAM COUNTY JAIL,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:23-cv-00064-SCJ

---

Before ROSENBAUM, GRANT, and LUCK, Circuit Judges.

BY THE COURT:

Irvin Simpson, in the district court, moved for leave to proceed on appeal *in forma pauperis*. The district court denied the motion. However, the district court did not assess the $505.00 appellate filing fee, as is required under the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915.

Because Simpson has consented to paying the filing fee, the only remaining issue is whether the appeal is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B). This Court now finds the appeal is frivolous, DENIES leave to proceed, and DISMISSES the appeal.